UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
LEWIS, DAVID E § Case No. 13-09241 TAD
LEWIS, KIMBERLY A §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]             $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Joseph A. Baldi_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-09241 | Judge: Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | LEWIS, DAVID E | | Date Filed (f) or Converted (c): | 03/08/13 (f) |
| | LEWIS, KIMBERLY A | | 341(a) Meeting Date: | 04/29/13 |
| For Period Ending: | 02/14/14 | | Claims Bar Date: | 10/17/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9161 Sunrise Lane, Orland Park, IL 60462 | 236,714.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand Location: In debtor's possession | 50.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account Fifth Third Bank xxxxxx5816 | 2,575.22 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings including 15 year | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Ordinary wearing apparel Location: In debtor's pos | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Life insurance policies (term life no cash value) | 0.00 | 0.00 | | 0.00 | FA |
| 7. Retirement account (401k) Location: Held in trust | 330,139.74 | 0.00 | | 0.00 | FA |
| 8. Severance Payment due from co-debtor's employer (a Trustee settled with Debtors for recovery of $24,000.00 and Debtors waived claimed exemption against settlement proceeds. | 35,742.00 | 24,000.00 | | 24,000.00 | FA |
| 9. Unemployment Benefits (co-debtor's right to recei | Unknown | 0.00 | | 0.00 | FA |
| 10. 1998 Toyota Corolla Location: In debtor's possessi | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. 2007 Jetta (48,00 miles) Location: In debtor's pos | 8,678.00 | 0.00 | | 0.00 | FA |
| 12. Accrued PTO | 3,354.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $622,752.96 | $24,000.00 | | $24,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 04/01/14    Current Projected Date of Final Report (TFR): 04/01/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-09241 -TAD | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | LEWIS, DAVID E | | Bank Name: | Associated Bank |
| | LEWIS, KIMBERLY A | | Account Number / CD #: | *******6818 Checking Account |
| Taxpayer ID No: | *******7740 | | | |
| For Period Ending: | 02/14/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 23,886.55 | | 23,886.55 |
| 12/26/13 | 003001 | United States Treasury | FED INCOME TAX PAYABLE | 2810-000 | | 276.00 | 23,610.55 |
| | | | EIN: 46-6967740 | | | | |
| | | | 2013 FORM 1041 | | | | |
| 12/26/13 | 003002 | Illinois Department of Revenue | STATE INCOME TAX PAYABLE | 2820-000 | | 536.00 | 23,074.55 |
| | | P.O. Box 19053 | EIN: 46-6967740 | | | | |
| | | Springfield, IL 62794-9053 | 2013 Form 1041 | | | | |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.74 | 23,060.81 |
| 02/05/14 | 003003 | International Sureties | Bond Premium Payment | 2300-000 | | 18.48 | 23,042.33 |
| | | 701 Poydras Street #420 | Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 34.41 | 23,007.92 |

| Account *******6818 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 3 | Checks | 830.48 |
| 0 | Interest Postings | 0.00 | 2 | Adjustments Out | 48.15 |
| | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | $ 878.63 |
| 1 | Transfers In | 23,886.55 | | | |
| | Total | $ 23,886.55 | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 13-09241 -TAD | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | LEWIS, DAVID E | Bank Name: | Congressional Bank |
|  | LEWIS, KIMBERLY A | Account Number / CD #: | *******0037 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7740 |  |  |
| For Period Ending: | 02/14/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/27/13 | 8 | DAVID AND KIM LEWIS | SETTLEMENT WITH DEBTORS | 1129-000 | 24,000.00 |  | 24,000.00 |
| 08/27/13 |  | CARMAX, INC #7122 3320 Odyssey Ct. Naperville, Il 60563 | SALE OF VEHICLE - COLBERG - 1317748 This deposit was actually supposed to be deposited into Trustee Berg's Case No. 13-17748 - Colberg Bank Account. When I opened the Colberg bank account, I accidentally opened the bank account using the same account number as this account. The sale of vehicle deposit then was entered into this account. Therefore this deposit is reflecting that transfer. ~JMM 9.4.13 | 1280-000 | 11,000.00 |  | 35,000.00 |
| 08/27/13 |  | Ryan Colberg 1984 Edinburgh Lane Aurora, IL 60504 | TAX REFUND - COLBERG 1317748 | 1280-000 | 145.65 |  | 35,145.65 |
| 09/04/13 | 001001 | Bankruptcy Estate of Ryan Colberg c/o Elizabeth C. Berg, Trustee 20 N. Clark Street, Suite 200 Chicago, IL 60602 | DEPOSIT - Case No. 13-17748 This check represents the deposit in Case No. 13-17748 for the sale of the vehicle. The deposit was wrongfully entered into this account. This check represents the sale of the vehicle in Case No. 13-17748 - Colberg. The deposit was entered into this account after I accidentally entered the same account number in TCMS for both Case No. 13-17748 - Colberg & Case No. 13-09241 - Lewis. This check represents the amount for the sale of the vehicle which will now be entered into the correct bank account for case no. 13-17748. ~JMM 9.4.13 | 9999-000 | -11,000.00 |  | 24,145.65 |
| 09/04/13 | 001002 | Bankruptcy Estate of Ryan Colberg c/o Elizabeth C. Berg, Trustee 20 N. Clark Street, Suite 200 Chicago, IL 60602 | DEPOSIT - Case No. 13-17748 This check represents the deposit in Case No. 13-17748 for the tax refund. The deposit was wrongfully entered into this account. This check represents the tax refund in Case No. | 9999-000 | -145.65 |  | 24,000.00 |

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-09241 -TAD | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | LEWIS, DAVID E | Bank Name: | Congressional Bank |
| | LEWIS, KIMBERLY A | Account Number / CD #: | *******0037 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7740 | | |
| For Period Ending: | 02/14/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 13-17748 - Colberg. The deposit was entered into this account after I accidentally entered the same account number in TCMS for both Case No. 13-17748 - Colberg & Case No. 13-09241 - Lewis. This check represents the amount for debtor's tax refund which will now be entered into the correct bank account for case no. 13-17748. ~JMM 9.4.13 | | | | |
| 09/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 37.31 | 23,962.69 |
| 10/03/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 26.16 | 23,936.53 |
| 11/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 25.41 | 23,911.12 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 24.57 | 23,886.55 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 23,886.55 | 0.00 |

| Account *******0037 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 3 | Deposits | 24,000.00 | 2 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 4 | Adjustments Out | 113.45 |
| | | | 1 | Transfers Out | 23,886.55 |
| | Subtotal | $ 24,000.00 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 24,000.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 24,000.00 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM2T4

Ver: 17.04b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-09241 -TAD | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | LEWIS, DAVID E | | Bank Name: | Congressional Bank |
| | LEWIS, KIMBERLY A | | Account Number / CD #: | *******0037 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7740 | | | |
| For Period Ending: | 02/14/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Report Totals | | Balance Forward | 0.00 | | |
| | 3 | Deposits | 24,000.00 | 5 | Checks | 830.48 |
| | 0 | Interest Postings | 0.00 | 6 | Adjustments Out | 161.60 |
| | | | | 1 | Transfers Out | 23,886.55 |
| | | Subtotal | $ 24,000.00 | | |
| | | | | | Total | $ 24,878.63 |
| | 0 | Adjustments In | 0.00 | | |
| | 1 | Transfers In | 23,886.55 | | |
| | | Total | $ 47,886.55 | | Net Total Balance | $ 23,007.92 |

Page 1

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: February 14, 2014

Case Number: 13-09241
Debtor Name: LEWIS, DAVID E

Claim Class, Priority Sequence (No Pay Hold)

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 001 3410-00 | Popowcer Katten, Ltd. | Administrative | $931.00 | $0.00 | $931.00 |
| 001 2100-00 | Joseph A. Baldi, Trustee | Administrative | $3,150.00 | $0.00 | $3,150.00 |
| 001 3110-00 | Baldi Berg, Ltd. | Administrative | $6,822.50 | $0.00 | $6,822.50 |
| 001 2200-00 | Joseph A. Baldi, Trustee | Administrative | $13.94 | $0.00 | $13.94 |
| BOND 001 2300-00 | International Sureties 701 Poydras Street #420 New Orleans, LA 70139 | Administrative | $18.48 | $18.48 | $0.00 |
| | | 2221656818   02/05/14   3003 | | 18.48 | |
| | Subtotal for Class Administrative | | $10,935.92 | $18.48 | $10,917.44 |
| 000002 058 5800-00 | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Priority (2-3) Amended as to amount of priority (2-2) Taxes (2-1) Modified on 7/23/2013 to correct creditor name/address per claim, FR | $5,294.56 | $0.00 | $5,294.56 |
| | Subtotal for Class Priority | | $5,294.56 | $0.00 | $5,294.56 |
| 000001 070 7100-90 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | $10,763.51 | $0.00 | $10,763.51 |
| 000003 070 7100-90 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured (3-1) CREDIT CARD DEBT | $1,251.35 | $0.00 | $1,251.35 |
| 000004 070 7100-90 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Unsecured (4-1) CREDIT CARD DEBT | $12,744.02 | $0.00 | $12,744.02 |
| 000005 070 7100-90 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Unsecured (5-1) CREDIT CARD DEBT | $28,685.16 | $0.00 | $28,685.16 |
| 2-3A 070 7100-00 | DEPARTMENT OF THE TREASURY Internal Revenue service PO Box 7346 | Unsecured | $144.92 | $0.00 | $144.92 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: February 14, 2014 |

Case Number: 13-09241  
Debtor Name: LEWIS, DAVID E  

Claim Class, Priority Sequence (No Pay Hold)

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Philadelphia, PA 19101-7346 | | | | | |
| | Subtotal for Class Unsecured | | | $53,588.96 | $0.00 | $53,588.96 |
| | Case Totals: | | | $69,819.44 | $18.48 | $69,800.96 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-09241 TAD
Case Name: LEWIS, DAVID E
            LEWIS, KIMBERLY A
Trustee Name: Joseph A. Baldi

Balance on hand                                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ | $ | $ |
| Trustee Expenses: Joseph A. Baldi | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses       $_____

Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Department of the Treasury | $ | $ | $ |

Total to be paid to priority creditors  $_____

Remaining Balance  $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000003 | American Express Bank, FSB | $ | $ | $ |
| 000004 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000005 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 2-3A | DEPARTMENT OF THE TREASURY | $ | $ | $ |

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____

   Tardily filed claims of general (unsecured) creditors totaling $   have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $   have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE