UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
LEWIS, DAVID E § Case No. 13-09241
LEWIS, KIMBERLY A §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    Kenneth S. Gardner
    Clerk of the U.S. Bankruptcy Court
    219 S. Dearborn, 7th Floor
    Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
    10:30 a.m., on Tuesday, April 1, 2014
    in Courtroom  613, U.S. Courthouse
    219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: Kenneth Gardner_____
                                           Clerk of Bankruptcy Court


*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
LEWIS, DAVID E § Case No. 13-09241
LEWIS, KIMBERLY A §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 24,000.00 |
| and approved disbursements of | $ | 992.08 |
| leaving a balance on hand of[1] | $ | 23,007.92 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 3,150.00 | $ 0.00 | $ 3,150.00 |
| Trustee Expenses: Joseph A. Baldi | $ 13.94 | $ 0.00 | $ 13.94 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 6,822.50 | $ 0.00 | $ 6,822.50 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 931.00 | $ 0.00 | $ 931.00 |
| Other: International Sureties | $ 18.48 | $ 18.48 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    10,917.44

Remaining Balance    $    12,090.48

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,294.56 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Department of the Treasury | $ 5,294.56 | $ 0.00 | $ 5,294.56 |

| | Total to be paid to priority creditors | $ 5,294.56 |
|---|---|---|
| | Remaining Balance | $ 6,795.92 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 53,588.96 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 10,763.51 | $ 0.00 | $ 1,364.98 |
| 000003 | American Express Bank, FSB | $ 1,251.35 | $ 0.00 | $ 158.69 |
| 000004 | eCAST Settlement Corporation, assignee | $ 12,744.02 | $ 0.00 | $ 1,616.14 |
| 000005 | eCAST Settlement Corporation, assignee | $ 28,685.16 | $ 0.00 | $ 3,637.73 |
| 2-3A | DEPARTMENT OF THE TREASURY | $ 144.92 | $ 0.00 | $ 18.38 |

| | Total to be paid to timely general unsecured creditors | $ 6,795.92 |
|---|---|---|

    Remaining Balance      $ 0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____

Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 13-09241-TAB
David E Lewis                                                    Chapter 7
Kimberly A Lewis
        Debtors

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: froman                Page 1 of 1         Date Rcvd: Feb 27, 2014
                              Form ID: pdf006             Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2014.
db/jdb       +David E Lewis,    Kimberly A Lewis,   9161 Sunrise Lane,    Orland Park, IL 60462-4728
20147631      American Express,   P.O. Box 981537,   El Paso, TX 79998-1537
20948657      American Express Bank, FSB,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
20147632    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    PO Box 982235,    El Paso, TX 79998-2235)
20147633     +Chase Bank,   P.O. Box 15298,   Wilmington, DE 19850-5298
20147634     +Citi Plantinum Select,   P.O. Box 6500 Sioux Falls,    Sioux Falls, SD 57117-6500
20147636      CitiMortgage,   P.O. Box 6243,   Sioux Falls, SD 57117-6243
20147630      Citibank NA.,   MS504A,   O Fallon, MO 63368
20147635     +Citicard CBNA,   701 E. 60th Street N,   Sioux Falls, SD 57104-0432
20147629    #+MARK D. WEISMAN,   100 W. Monroe,   Suite 1310,   Chicago, IL 60603-1944
20147639      Sears Master Card,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
20147640      Wells Fargo Dealer Services,   P.O. Box 25341,   Santa Ana, CA 92799-5341
20969930      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20147637      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 28 2014 00:45:25    Discover Financial Services,
               P.O. Box 15316,   Wilmington, DE 19850-5316
20147638      E-mail/Text: cio.bncmail@irs.gov Feb 28 2014 00:38:19    Department of the Treasury,
               Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
20753276      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 28 2014 00:45:25    Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Baldi Berg &  Wallace, Ltd
20147627*    +David E. Lewis,    9161 Sunrise Lane,   Orland Park, IL 60462-4728
20147628*    +Kimberly A. Lewis,    9161 Sunrise Lane,   Orland Park, IL 60462-4728
20969931*     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
                                                                                  TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2014 at the address(es) listed below:
          Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
           jmanola@baldiberg.com
          Joseph A Baldi, Tr    on behalf of Accountant   Popowcer Katten  Ltd. jabaldi@baldiberg.com,
           jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi, Tr    jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Julia D Loper    on behalf of Trustee Joseph A Baldi, Tr jloper@baldiberg.com
          Mark D Weisman    on behalf of Joint Debtor Kimberly A Lewis midway@prodigy.net
          Mark D Weisman    on behalf of Debtor David E Lewis midway@prodigy.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```