**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LEWIS, DAVID E | § | Case No. 13-09241 |
| LEWIS, KIMBERLY A | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 245,517.22<br>*(Without deducting any secured claims)* | Assets Exempt: 341,493.74 |
| Total Distributions to Claimants: 12,090.48 | Claims Discharged<br>Without Payment: 144,379.82 |
| Total Expenses of Administration: 11,909.52 | |

3) Total gross receipts of $ 24,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 24,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 281,033.07 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,909.52 | 11,909.52 | 11,909.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 5,242.00 | 5,294.56 | 5,294.56 | 5,294.56 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 149,759.38 | 53,588.96 | 53,588.96 | 6,795.92 |
| **TOTAL DISBURSEMENTS** | $ 436,034.45 | $ 70,793.04 | $ 70,793.04 | $ 24,000.00 |

4) This case was originally filed under chapter 7 on 03/08/2013 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/05/2014 By:/s/Joseph A. Baldi

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Severance Payment due from co-debtor's employer (a | 1129-000 | 24,000.00 |
| Non-Estate Receipts | 1280-000 | 0.00 |
| **TOTAL GROSS RECEIPTS** | | $ 24,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 CitiMortgage P.O. Box 6243 Sioux Falls SD 57117-6243 | | 269,784.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 2 Wells Fargo Dealer Services P.O. Box 25341 Santa Ana CA 92799-5341 | | 11,249.07 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 281,033.07 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | 2100-000 | NA | 3,150.00 | 3,150.00 | 3,150.00 |
| JOSEPH A. BALDI, TRUSTEE | 2200-000 | NA | 13.94 | 13.94 | 13.94 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 18.48 | 18.48 | 18.48 |
| Associated Bank | 2600-000 | NA | 13.74 | 13.74 | 13.74 |
| Associated Bank | 2600-000 | NA | 34.41 | 34.41 | 34.41 |
| CONGRESSIONAL BANK | 2600-000 | NA | 37.31 | 37.31 | 37.31 |
| CONGRESSIONAL BANK | 2600-000 | NA | 26.16 | 26.16 | 26.16 |
| CONGRESSIONAL BANK | 2600-000 | NA | 25.41 | 25.41 | 25.41 |
| CONGRESSIONAL BANK | 2600-000 | NA | 24.57 | 24.57 | 24.57 |
| UNITED STATES TREASURY | 2810-000 | NA | 276.00 | 276.00 | 276.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 536.00 | 536.00 | 536.00 |
| BALDI BERG, LTD. | 3110-000 | NA | 6,822.50 | 6,822.50 | 6,822.50 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 931.00 | 931.00 | 931.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 11,909.52 | $ 11,909.52 | $ 11,909.52 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| 000002 | DEPARTMENT OF THE TREASURY | 5800-000 | 5,242.00 | 5,294.56 | 5,294.56 | 5,294.56 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 5,242.00 | $ 5,294.56 | $ 5,294.56 | $ 5,294.56 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Citibank NA. MS504A O Fallon MO 63368 | | 3,518.16 | NA | NA | 0.00 |
| | Creditor # :10 Citicard CBNA 701 E. 60th Street N Sioux Falls SD 57104 | | 3,318.74 | NA | NA | 0.00 |
| | Creditor # :12 Sears Master Card P.O. Box 6282 Sioux Falls SD 57117-6282 | | 3,445.00 | NA | NA | 0.00 |
| | Creditor # :3 Bank Of America PO Box 982235 El Paso TX 79998-2235 | | 24,967.28 | NA | NA | 0.00 |
| | Creditor # :6 Citi Plantinum Select P.O. Box 6500 Sioux Falls Sioux Falls SD 57117 | | 27,313.83 | NA | NA | 0.00 |
| | Creditor # :7 Citicard CBNA 701 E. 60th Street N Sioux Falls SD 57104 | | 8,588.00 | NA | NA | 0.00 |
| | Creditor # :8 Citicard CBNA 701 E. 60th Street N Sioux Falls SD 57104 | | 4,836.37 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :9 Citicard CBNA 701 E. 60th Street N Sioux Falls SD 57104 | | 21,599.40 | NA | NA | 0.00 |
| 2-3A | DEPARTMENT OF THE TREASURY | 7100-000 | NA | 144.92 | 144.92 | 18.38 |
| 000003 | AMERICAN EXPRESS BANK, FSB | 7100-900 | 1,251.35 | 1,251.35 | 1,251.35 | 158.69 |
| 000001 | DISCOVER BANK | 7100-900 | 10,728.51 | 10,763.51 | 10,763.51 | 1,364.98 |
| 000004 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-900 | 12,543.74 | 12,744.02 | 12,744.02 | 1,616.14 |
| 000005 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-900 | 27,649.00 | 28,685.16 | 28,685.16 | 3,637.73 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 149,759.38 | $ 53,588.96 | $ 53,588.96 | $ 6,795.92 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

Case No: 13-09241 Judge: Timothy A. Barnes
Case Name: LEWIS, DAVID E
LEWIS, KIMBERLY A
For Period Ending: 05/05/14

Trustee Name: Joseph A. Baldi
Date Filed (f) or Converted (c): 03/08/13 (f)
341(a) Meeting Date: 04/29/13
Claims Bar Date: 10/17/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9161 Sunrise Lane, Orland Park, IL 60462 | 236,714.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand Location: In debtor's possession | 50.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account Fifth Third Bank xxxxxx5816 | 2,575.22 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings including 15 year | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Ordinary wearing apparel Location: In debtor's pos | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Life insurance policies (term life no cash value) | 0.00 | 0.00 | | 0.00 | FA |
| 7. Retirement account (401k) Location: Held in trust | 330,139.74 | 0.00 | | 0.00 | FA |
| 8. Severance Payment due from co-debtor's employer (a | 35,742.00 | 24,000.00 | | 24,000.00 | FA |
| Trustee settled with Debtors for recovery of $24,000.00 and Debtors waived claimed exemption against settlement proceeds. | | | | | |
| 9. Unemployment Benefits (co-debtor's right to recei | Unknown | 0.00 | | 0.00 | FA |
| 10. 1998 Toyota Corolla Location: In debtor's possessi | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. 2007 Jetta (48,00 miles) Location: In debtor's pos | 8,678.00 | 0.00 | | 0.00 | FA |
| 12. Accrued PTO | 3,354.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $622,752.96 | $24,000.00 | | $24,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 04/01/14 Current Projected Date of Final Report (TFR): 04/01/14

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-09241 -TAD
Case Name: LEWIS, DAVID E
LEWIS, KIMBERLY A
Taxpayer ID No: *******7740
For Period Ending: 05/05/14

Trustee Name: Joseph A. Baldi
Bank Name: Associated Bank
Account Number / CD #: *******6818 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 23,886.55 | | 23,886.55 |
| 12/26/13 | 003001 | United States Treasury | FED INCOME TAX PAYABLE<br>EIN: 46-6967740<br>2013 FORM 1041 | 2810-000 | | 276.00 | 23,610.55 |
| 12/26/13 | 003002 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | STATE INCOME TAX PAYABLE<br>EIN: 46-6967740<br>2013 Form 1041 | 2820-000 | | 536.00 | 23,074.55 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.74 | 23,060.81 |
| 02/05/14 | 003003 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>Annual premium payment | 2300-000 | | 18.48 | 23,042.33 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 34.41 | 23,007.92 |
| 04/02/14 | 003004 | Joseph A. Baldi, Trustee | Trustee Compensation | 2100-000 | | 3,150.00 | 19,857.92 |
| 04/02/14 | 003005 | Joseph A. Baldi, Trustee | Trustee Expenses | 2200-000 | | 13.94 | 19,843.98 |
| 04/02/14 | 003006 | Baldi Berg, Ltd. | Attorney for Trustee Fees (Trustee | 3110-000 | | 6,822.50 | 13,021.48 |
| 04/02/14 | 003007 | Popowcer Katten, Ltd. | Accountant for Trustee Fees (Other | 3410-000 | | 931.00 | 12,090.48 |
| 04/02/14 | 003008 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000002, Payment 100.00000% | 5800-000 | | 5,294.56 | 6,795.92 |
| 04/02/14 | 003009 | DEPARTMENT OF THE TREASURY<br>Internal Revenue service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Claim 2-3A, Payment 12.68286% | 7100-000 | | 18.38 | 6,777.54 |
| 04/02/14 | 003010 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 12.68155% | 7100-900 | | 1,364.98 | 5,412.56 |
| 04/02/14 | 003011 | American Express Bank, FSB<br>c o Becket and Lee LLP | Claim 000003, Payment 12.68150% | 7100-900 | | 158.69 | 5,253.87 |

FORM 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-09241 -TAD
Case Name: LEWIS, DAVID E
LEWIS, KIMBERLY A
Taxpayer ID No: *******7740
For Period Ending: 05/05/14

Trustee Name: Joseph A. Baldi
Bank Name: Associated Bank
Account Number / CD #: *******6818 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | POB 3001<br>Malvern, PA 19355-0701 | | | | | |
| 04/02/14 | 003012 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000004, Payment 12.68156% | 7100-900 | | 1,616.14 | 3,637.73 |
| 04/02/14 | 003013 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000005, Payment 12.68157% | 7100-900 | | 3,637.73 | 0.00 |

Account *******6818

| | | | |
|---|---|---|---|
| | Balance Forward | | 0.00 |
| 0 | Deposits | | 0.00 |
| 0 | Interest Postings | | 0.00 |
| | Subtotal | $ | 0.00 |
| 0 | Adjustments In | | 0.00 |
| 1 | Transfers In | | 23,886.55 |
| | Total | $ | 23,886.55 |

| | | | |
|---|---|---|---|
| 13 | Checks | | 23,838.40 |
| 2 | Adjustments Out | | 48.15 |
| 0 | Transfers Out | | 0.00 |
| | Total | $ | 23,886.55 |

FORM 2

Page: 3

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-09241 -TAD
Case Name: LEWIS, DAVID E
LEWIS, KIMBERLY A
Taxpayer ID No: *******7740
For Period Ending: 05/05/14

Trustee Name: Joseph A. Baldi
Bank Name: Congressional Bank
Account Number / CD #: *******0037 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/27/13 | 8 | DAVID AND KIM LEWIS | SETTLEMENT WITH DEBTORS | 1129-000 | 24,000.00 | | 24,000.00 |
| 08/27/13 | | CARMAX, INC #7122<br>3320 Odyssey Ct.<br>Naperville, Il 60563 | SALE OF VEHICLE - COLBERG - 1317748<br>This deposit was actually supposed to be deposited into Trustee Berg's Case No. 13-17748 - Colberg Bank Account. When I opened the Colberg bank account, I accidentally opened the bank account using the same account number as this account. The sale of vehicle deposit then was entered into this account. Therefore this deposit is reflecting that transfer. ~JMM 9.4.13 | 1280-000 | 11,000.00 | | 35,000.00 |
| 08/27/13 | | Ryan Colberg<br>1984 Edinburgh Lane<br>Aurora, IL 60504 | TAX REFUND - COLBERG 1317748 | 1280-000 | 145.65 | | 35,145.65 |
| 09/04/13 | 001001 | Bankruptcy Estate of Ryan Colberg<br>c/o Elizabeth C. Berg, Trustee<br>20 N. Clark Street, Suite 200<br>Chicago, IL 60602 | DEPOSIT - Case No. 13-17748<br>This check represents the deposit in Case No. 13-17748 for the sale of the vehicle. The deposit was wrongfully entered into this account.<br>This check represents the sale of the vehicle in Case No. 13-17748 - Colberg. The deposit was entered into this account after I accidentally entered the same account number in TCMS for both Case No. 13-17748 - Colberg & Case No. 13-09241 - Lewis.<br>This check represents the amount for the sale of the vehicle which will now be entered into the correct bank account for case no. 13-17748. ~JMM 9.4.13 | 1280-000 | -11,000.00 | | 24,145.65 |
| 09/04/13 | 001002 | Bankruptcy Estate of Ryan Colberg<br>c/o Elizabeth C. Berg, Trustee<br>20 N. Clark Street, Suite 200<br>Chicago, IL 60602 | DEPOSIT - Case No. 13-17748<br>This check represents the deposit in Case No. 13-17748 for the tax refund. The deposit was wrongfully entered into this account.<br>This check represents the tax refund in Case No. | 1280-000 | -145.65 | | 24,000.00 |

FORM 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-09241 -TAD
Case Name: LEWIS, DAVID E
LEWIS, KIMBERLY A
Taxpayer ID No: *******7740
For Period Ending: 05/05/14

Trustee Name: Joseph A. Baldi
Bank Name: Congressional Bank
Account Number / CD #: *******0037 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 13-17748 - Colberg. The deposit was entered into this account after I accidentally entered the same account number in TCMS for both Case No. 13-17748 - Colberg & Case No. 13-09241 - Lewis. This check represents the amount for debtor's tax refund which will now be entered into the correct bank account for case no. 13-17748. ~JMM 9.4.13 | | | | |
| 09/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 37.31 | 23,962.69 |
| 10/03/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 26.16 | 23,936.53 |
| 11/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 25.41 | 23,911.12 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 24.57 | 23,886.55 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 23,886.55 | 0.00 |

Account *******0037

| | | | |
|---|---|---|---|
| | Balance Forward | | 0.00 |
| 3 | Deposits | | 24,000.00 |
| 0 | Interest Postings | | 0.00 |
| | Subtotal | $ | 24,000.00 |
| 0 | Adjustments In | | 0.00 |
| 0 | Transfers In | | 0.00 |
| | Total | $ | 24,000.00 |

| | | | |
|---|---|---|---|
| 2 | Checks | | 0.00 |
| 4 | Adjustments Out | | 113.45 |
| 1 | Transfers Out | | 23,886.55 |
| | Total | $ | 24,000.00 |

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-09241 -TAD
Case Name: LEWIS, DAVID E
LEWIS, KIMBERLY A
Taxpayer ID No: *******7740
For Period Ending: 05/05/14

Trustee Name: Joseph A. Baldi
Bank Name: Congressional Bank
Account Number / CD #: *******0037 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Report Totals

| Count | Item | | Amount | Count | Item | | Amount |
|---|---|---|---|---|---|---|---|
| | Balance Forward | | 0.00 | 15 | Checks | | 23,838.40 |
| 3 | Deposits | | 24,000.00 | 6 | Adjustments Out | | 161.60 |
| 0 | Interest Postings | | 0.00 | 1 | Transfers Out | | 23,886.55 |
| | Subtotal | $ | 24,000.00 | | Total | $ | 47,886.55 |
| 0 | Adjustments In | | 0.00 | | | | |
| 1 | Transfers In | | 23,886.55 | | | | |
| | Total | $ | 47,886.55 | | Net Total Balance | $ | 0.00 |